ORIC'NAL

**FILED**

03/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0288

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0288

BRIAN D. SMITH,

Plaintiff and Appellant,

v.

KATIE GREEN,

Defendant and Appellee.

FILED

MAR 2 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant, Brian D. Smith, has filed a petition for rehearing of this Court's February 16, 2021 Memorandum Opinion affirming an order from the Fourth Judicial District Court, Missoula County, granting Katie Green's motion to dismiss.

Smith maintains this Court overlooked the material fact that Green did not obtain a forensic evaluation for Smith during his criminal proceedings. Smith also maintains this Court overlooked the question of whether the omnibus hearing memorandum created a contract between Smith and Green. Finally, Smith maintains this Court's memorandum opinion conflicts with controlling statutes or case law.

Under M. R. App. P. 20, this Court will consider a petition for rehearing only if the opinion "overlooked some fact material to the decision," if the opinion missed a question provided by a party or counsel that would have decided the case, or if our decision "conflicts with a statute or controlling decision not addressed" by the Court. M. R. App. P. 20.

This Court acknowledged and addressed Smith's allegation that Green failed to get a forensic mental health evaluation and, further, considered that the evaluation would not have affected the outcome of the proceeding. The Court addressed Smith's contention that the omnibus hearing form created a contract and conducted a comprehensive review of the

record, and of controlling statutes and case law. Having fully considered Appellant's petition, the Court concludes that rehearing is not warranted under M. R. App. P. 20.

IT IS THEREFORE ORDERED that the petition for rehearing is DENIED.

The Clerk is directed to provide copies of this Order to all parties and counsel of record.

Dated this 23rd day of March, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2